JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HESHAM A. L., | No. CV 20-10618-PSG (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation.

DATED: 9/29/22

HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE